# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DENNIS M. BUTT                                    Case Number: 05-76377
        1418 SANDY HOLLOW RD., APT. 1L B89      SSN-xxx-xx-6060
        ROCKFORD, IL  61104

                                                    Case filed on:     10/12/2005
                                                    Plan Confirmed on: 12/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $25,805.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 012 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DENNIS M. BUTT | 0.00 | 0.00 | 887.70 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 887.70 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 540.00 | 0.00 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 300.00 | 300.00 | 300.00 | 7.79 |
| 013 | AMERICAN GENERAL FINANCE | 2,475.00 | 900.00 | 900.00 | 30.32 |
|  | Total Secured | 3,315.00 | 1,200.00 | 1,200.00 | 38.11 |
| 001 | AMERICAN GENERAL FINANCE | 6,315.00 | 0.00 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE | 1,328.86 | 1,328.86 | 1,328.86 | 0.00 |
| 003 | WORLD ACCEPTANCE CORPORATION | 495.00 | 495.00 | 495.00 | 0.00 |
| 003 | WORLD ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SECURITY FINANCE | 642.92 | 642.92 | 642.92 | 0.00 |
| 004 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE CASH EXPRESS | 300.00 | 300.00 | 300.00 | 0.00 |
| 006 | AMERICAN CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN CASH N GO | 310.37 | 310.37 | 310.37 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 10,337.64 | 10,337.64 | 10,337.64 | 0.00 |
| 009 | CAPITAL ONE | 424.75 | 424.75 | 424.75 | 0.00 |
| 010 | CASH LOAN STORE | 321.43 | 321.43 | 321.43 | 0.00 |
| 011 | PREMIER BANKCARD/CHARTER | 403.69 | 403.69 | 403.69 | 0.00 |
| 013 | AMERICAN GENERAL FINANCE | 3,295.90 | 4,870.90 | 4,870.90 | 0.00 |
|  | Total Unsecured | 24,175.56 | 19,435.56 | 19,435.56 | 0.00 |
|  | Grand Total: | 30,190.56 | 23,335.56 | 24,223.26 | 38.11 |

Total Paid Claimant:       $24,261.37
Trustee Allowance:         $1,543.63
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

        /s/ Lydia S. Meyer
        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008         By  /s/Heather M. Fagan